IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

TERRY HIRSCHY,                             No. CIV S-10-2520-CMK

    Plaintiff,

  vs.                                              ORDER

COMMISSIONER OF SOCIAL
SECURITY,

    Defendant.

                /

        Plaintiff, who is proceeding with retained counsel, brings this action for judicial review of a final decision of the Commissioner of Social Security under 42 U.S.C. § 405(g). Pending before the court is a stipulation for an extension of time (Doc. 11) for plaintiff to file a dispositive motion. The parties have stipulated that plaintiff's motion for summary judgment shall be filed on or before March 7, 2011.

        APPROVED AND SO ORDERED.

DATED: February 9, 2011

                                                  _____
                                                  **CRAIG M. KELLISON**
                                                  UNITED STATES MAGISTRATE JUDGE