IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERRY HIRSCHY, | No. CIV S-10-2520-CMK |
| Plaintiff, | |
| vs. | ORDER |
| COMMISSIONER OF SOCIAL SECURITY, | |
| Defendant. | |

Plaintiff, who is proceeding with retained counsel, brings this action for judicial review of a final decision of the Commissioner of Social Security under 42 U.S.C. § 405(g). Pending before the court is a second stipulation for an extension of time (Doc. 13) for plaintiff to file a dispositive motion. The parties have stipulated that plaintiff's motion for summary judgment shall be filed on or before April 6, 2011.

APPROVED AND SO ORDERED.

DATED: March 30, 2011

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　**CRAIG M. KELLISON**
　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1