BENJAMIN B. WAGNER
United States Attorney
LUCILLE GONZALES MEIS
Regional Chief Counsel, Region IX
Social Security Administration
ELIZABETH FIRER
Special Assistant United States Attorney

    333 Market Street, Suite 1500
    San Francisco, California 94105
    Telephone: (415) 977-8937
    Facsimile: (415) 744-0134
    E-Mail: Elizabeth.Firer@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**SACRAMENTO DIVISION**

| | |
|---|---|
| TERRY HIRSCHY, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> MICHAEL J. ASTRUE, ) <br> Commissioner of ) <br> Social Security, ) <br> ) <br> Defendant. ) <br> _____) | CIVIL NO. 2:10-cv-02520 CMK <br><br> STIPULATION AND ORDER |

      The parties hereby stipulate by counsel, with the Court's approval as indicated by issuance of the attached Order, that Defendant shall have a FIRST extension of 30 days to respond to Plaintiff's motion for summary judgment. The current due date is May 4, 2011, the new due date will be June 3, 2011.

      The extension is being sought because, on March 18, 2011, the undersigned counsel for the Commissioner underwent two separate surgeries. Counsel did not return to the office until April 7, 2011 and, due to unexpected complications, she has not yet been able to complete a full work week. Between the time Plaintiff filed his motion and May 4, 2011, Counsel has had to brief six district court cases, four of which had already been extended due to her pending medical leave. Moreover, during this time, Counsel also had to engage in emergency preparation for a potential shutdown of the federal government, work that could not be avoided and which significantly cut into the time available for briefing cases. Due to this set

of circumstances, Counsel was unable to complete the Commissioner's brief by May 4, 2011 and respectfully requests an additional 30 days.

The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

Respectfully submitted,

Dated: May 3, 2011        /s/ *Joseph C. Fraulob*
                          (As authorized via telephone)
                          JOSEPH C. FRAULOB
                          Attorney for Plaintiff

Dated: May 3, 2011        BENJAMIN B. WAGNER
                          United States Attorney
                          LUCILLE GONZALES MEIS
                          Regional Chief Counsel, Region IX
                          Social Security Administration

                          /s/ *Elizabeth Firer*
                          ELIZABETH FIRER
                          Special Assistant U.S. Attorney

                          Attorneys for Defendant

## ORDER

APPROVED AND SO ORDERED.

DATED: May 5, 2011

_____
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE