1  BENJAMIN B. WAGNER
   United States Attorney
2  LUCILLE GONZALES MEIS
   Regional Chief Counsel, Region IX
3  Social Security Administration
   ELIZABETH FIRER
4  Special Assistant United States Attorney

5     333 Market Street, Suite 1500
      San Francisco, California 94105
6     Telephone:  (415) 977-8937
      Facsimile:  (415) 744-0134
7     E-Mail: Elizabeth.Firer@ssa.gov

8  Attorneys for Defendant

9                    UNITED STATES DISTRICT COURT
                     EASTERN DISTRICT OF CALIFORNIA
10

11                        **SACRAMENTO DIVISION**

12  TERRY HIRSCHY,                  )
                                    )      CIVIL NO. 2:10-cv-02520 CMK
13          Plaintiff,              )
                                    )
14              v.                  )      STIPULATION AND ORDER
                                    )
15  MICHAEL J. ASTRUE,              )
    Commissioner of                 )
16  Social Security,                )
                                    )
17          Defendant.              )
    _____)

18

19       The parties hereby stipulate by counsel, with the Court's approval as indicated by issuance of the

20  attached Order, that Defendant shall have a SECOND extension of 14 days to respond to Plaintiff's motion

21  for summary judgment.  The current due date is June 3, 2011, the new due date will be June 17, 2011.

22       This extension is being sought because the undersigned counsel for the Commissioner is recovering

23  from two orthopedic surgeries one of which has been more complicated than expected.  Since returning to

24  the office on April 7, 2011, Counsel has not yet been able to return to her full capacity.  During the week

25  of May 31-June 3, when she had planned on completing the Commissioner's brief, Counsel had unexpected

26  additional work in regard to processing a case with a pro se claimant, which needed immediate attention and

27  involved coordination with three Agency components most of which are in the Eastern Time Zone, and in

28  regard to reviewing an appellate brief for another attorney, a task that could not be extended.  Due to this

1  set of circumstances, Counsel was unable to complete the Commissioner's brief by June 3, 2011 and

2  respectfully requests an additional 14 days.

3       The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

4                Respectfully submitted,

5  Dated: June 3, 2011           /s/ *Joseph C. Fraulob*
6                               (As authorized via telephone)
7                               JOSEPH C. FRAULOB
                             Attorney for Plaintiff

8  Dated: June 3, 2011           BENJAMIN B. WAGNER
9                               United States Attorney
                             LUCILLE GONZALES MEIS
10                              Regional Chief Counsel, Region IX
                             Social Security Administration

11           /s/ *Elizabeth Firer*
12                              ELIZABETH FIRER
                             Special Assistant U.S. Attorney

13                              Attorneys for Defendant

14

15                          ORDER

16      APPROVED AND SO ORDERED.

17

18

19

20 DATED:  June 6, 2011

21

22                            **CRAIG M. KELLISON**
                           UNITED STATES MAGISTRATE JUDGE

23

24

25

26

27

28